UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISTINE HUSS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) | No.  CV-06-3037-MWL <br><br> ORDER GRANTING JOINT <br> MOTION FOR REMAND |

The parties have filed a stipulation to remand the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 30). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 8). After considering the stipulation,

**IT IS ORDERED** that the above-captioned case be remanded for further administrative proceedings. Upon remand, the Administrative Law Judge ("ALJ") will: (1) evaluate all of Plaintiff's mental impairments; (2) consider all of the opinion evidence, including the opinions of Sandy Birdlebough, Ph.D. (AR 514-517), C. Donald Williams, M.D. (AR 518-522), Rodolfo Trivisonno, M.D. (AR 590), the state agency psychologists (AR 561-564), Jay M. Toews, Ed.D. (AR 51-57), Nikki Roger, M.S.W. (AR 529-

ORDER RE: STIPULATED REMAND - 1

533) and Christopher Clark, M.E.d., L.M.H.C (AR 571-575), and provide rationale for accepting or rejecting the opinion evidence; (3) discuss and consider the statement of Thomas Denlea that Plaintiff had excessive absenteeism, was unable to complete tasks and was unable to work independently (AR 132-133); (4) consider the materiality of Plaintiff's substance abuse disorder; and (5) obtain evidence from a vocational expert to determine whether or not jobs exist in significant numbers that Plaintiff can perform within her residual functional capacity.

Accordingly, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties Joint Motion to Remand (**Ct. Rec. 30**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

DATED this   29th   day of December, 2006.

                                                S/ Michael W. Leavitt
                                                MICHAEL W. LEAVITT
                                        UNITED STATES MAGISTRATE JUDGE

ORDER RE: STIPULATED REMAND - 2